1  THOMAS A. JOHNSON, #119203
   KRISTY M. KELLOGG, #271250
2  Johnson, Greene & Roberts LLP
3  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
4  Telephone:  (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )  Case No.: 2:12-cr-00198-MCE
           Plaintiff,          )
                               )  STIPULATION AND ORDER FOR
     vs.                       )  EXTENSION OF SELF-SURRENDER
                               )  DATE
JAY DUPEE,                     )
                               )
           Defendant.          )
                               )

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the date by which Jay DuPee must turn himself in to the Bureau of Prisons is extended from May 12, 2016, 2015, to June 12, 2016.  Richard Bender, Assistant United States Attorney, does not object to the extension.  The extension is requested because Mr. DuPee has asked to attend the graduation of his daughter, Morgan, from University of California, Berkeley and to be present for his daughter, Taylor DuPee, at a criminal hearing where she is the victim.

///

///

///

///

///

1

1  All other previously ordered conditions of release remain in full force and effect.

2  **IT IS SO STIPULATED.**

3

4  DATED: May 3, 2016                           By:      /s/  Thomas A. Johnson
                                                         THOMAS A. JOHNSON
5                                                        Attorney for Jay DuPee

6

7

8  DATED: May 3, 2016                                    PHILLIP A. TALBERT
                                                         Acting United States Attorney
9
                                                 By:     /s/ Thomas A. Johnson for
10                                                       RICHARD BENDER
                                                         Assistant U.S. Attorney
11         IT IS SO ORDERED.

12  Dated: May 5, 2016

13

14  _____
    MORRISON C. ENGLAND, JR
15  UNITED STATES DISTRICT JUDGE

2