1  THOMAS A. JOHNSON, #119203
   KRISTY M. KELLOGG, #271250
2  Johnson, Greene & Roberts LLP
3  400 Capitol Mall, Suite 1620
   Sacramento, California  95814
4  Telephone:  (916) 422-4022

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )  Case No.: 2:12-cr-00198-MCE
12         Plaintiff,                )
                                    )  STIPULATION AND ORDER FOR
13    vs.                            )  EXTENSION OF SELF-SURRENDER
                                    )  DATE
14 JAY DUPEE,                        )
                                    )
15         Defendant.                )
                                    )

16

17     **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

18 date by which Jay DuPee must turn himself in to the Bureau of Prisons is extended from

19 May 12, 2016, 2015, to June 12, 2016.  Richard Bender, Assistant United States

20 Attorney, does not object to the extension.  The extension is requested because Mr.

21 DuPee has asked to attend the graduation of his daughter, Morgan, from University of

22 California, Berkeley and to be present for his daughter, Taylor DuPee, at a criminal

23 hearing where she is the victim.

24 ///

25 ///

26 ///

27 ///

28 ///

1

All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

DATED:  May 3, 2016					By:	/s/  Thomas A. Johnson
							THOMAS A. JOHNSON
							Attorney for Jay DuPee


DATED:  May 3, 2016					PHILLIP A. TALBERT
							Acting United States Attorney

							By:	/s/ Thomas A. Johnson for
							RICHARD BENDER
							Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  May 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2